UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOUSSA SYLLA,<br><br>        Petitioner,<br><br>    v.<br><br>MICHAEL B. MUKASEY, Attorney General, *et al.*,<br><br>        Respondents. | CASE NO. C08-778-RSL-JPD<br><br>ORDER ON STIPULATION FOR DISMISSAL |

The parties having stipulated and agreed that petitioner was removed by the U.S. Immigration and Customs Enforcement to Senegal, West Africa, on June 30, 2008, and that this habeas corpus proceeding has become moot and may be dismissed without prejudice and without fees or costs to either party, IT IS ORDERED that this action and all claims asserted herein are DISMISSED without prejudice and without fees or costs to either party.

DATED this 24th day of July, 2008.

                                            Robert S. Lasnik
                                            United States District Judge

Recommended for Entry
this 22nd of July, 2007.

s/ JAMES P. DONOHUE
JAMES P. DONOHUE
United States Magistrate Judge

ORDER ON STIPULATION FOR DISMISSAL